MATTHEW J. ADLER (SBN 273147)
matthew.adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:   +1 415 591 7500
Facsimile:    +1 415 591 7510

JASON GOULD*
jason.gould@faegredrinker.com
KRISTEN REILLY*
kristen.reilly@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, District of Columbia 20005
Telephone:   +1 202 842 8800
Facsimile:    +1 202 842 8465

Attorneys for Defendant
GLOBAL ATLANTIC FINANCIAL COMPANY
* admission *pro hac vice* to be sought

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL ATLANTIC FINANCIAL COMPANY, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 3:21-cv-04359-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   June 8, 2021 |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle, subject to execution of a written settlement agreement.

Dated: August 17, 2021  FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Matthew J. Adler
    Jason Gould*
    Kristen Reilly*
    Matthew J. Adler

Attorneys for Defendant
GLOBAL ATLANTIC FINANCIAL COMPANY
* admission *pro hac vice* to be sought

US.134267224.01