United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SIDNEY NAIMAN,** | Case No. 4:21-CV-4359-YGR |
| Plaintiff, | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| **vs.** | Re: Dkt. Nos. 9 and 10 |
| **GLOBAL ATLANTIC FINANCIAL COMPANY,** | |
| Defendant. | |

The parties have filed separate notices of settlement, and plaintiff requests to vacate all currently set dates.  (Dkt. Nos. 9 and 10.)   Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within seventy-five (75) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: September 2, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**